UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| TONYA FAYE GENTRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:14-CV-164 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| CAROLYN W. COLVIN, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT ORDER

United States Magistrate Judge William B. Mitchell Carter filed a report and recommendation ("R&R") in this case, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) (Court File No. 17). Neither party has objected to the R&R within the given fourteen days.

After reviewing the record, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the magistrate judge's findings of fact, conclusions of law, and recommendations.

Accordingly, it is **ORDERED** that:

(1) Plaintiff's motion for judgment on the administrative record (Court File No. 11) seeking summary judgment is **GRANTED** in **PART** to the extent it can be said to seek remand under Sentence Four of 42 U.S.C. § 405(g).

(2) Defendant's motion for summary judgment (Court File No. 14) is **DENIED**.

(3) The Commissioner's decision denying benefits is **REVERSED** and **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for action consistent with the Report and Recommendation (Court File No. 17).

**SO ORDERED.**

**ENTER:**

/s/ _____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Debra C. Poplin
  CLERK OF COURT